IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MEHMET MANAV,

    Petitioner,

v.                                  CASE NO. 4:13cv80-RH/CAS

ERIC H. HOLDER, JR. et al.,

    Respondents.

_____/

## ORDER DISMISSING PETITION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 15. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The petition is dismissed without prejudice." The clerk must close the file.

SO ORDERED on August 29, 2013.

                                        s/Robert L. Hinkle
                                        United States District Judge